**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: HUNTER, KEVIN L | § | Case No. 11-80636 |
| HUNTER, BONNIE M | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
JAMES E. STEVENS , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

United States Bankruptcy Court
211 South Court Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within  21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:30am on 08/31/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  07/20/2011          By:  /s/JAMES E. STEVENS
                                                          Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: HUNTER, KEVIN L           §    Case No. 11-80636
       HUNTER, BONNIE M      §
                             §

Debtor(s)                              §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*          $      15,000.06

*and approved disbursements of*           $         0.00

*leaving a balance on hand of* [1]        $      15,000.06

**Balance on hand:**          $      15,000.06

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $      0.00
Remaining balance:             $   15,000.06

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 2,250.01 | 0.00 | 2,250.01 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera, LLP | 913.00 | 0.00 | 913.00 |

Total to be paid for chapter 7 administration expenses:    $      3,163.01
Remaining balance:             $      11,837.05

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00

Remaining balance: $ 11,837.05

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00

Remaining balance: $ 11,837.05

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 324,906.48 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Axis Capital | 1,690.51 | 0.00 | 61.59 |
| 2 | Motorola Employee Credit Union | 21,595.38 | 0.00 | 786.77 |
| 3 | Chase Bank USA, N.A. | 10,927.27 | 0.00 | 398.10 |
| 4 | Chase Bank USA, N.A. | 539.58 | 0.00 | 19.66 |
| 5 | PYOD LLC as assignee of Citibank | 125.15 | 0.00 | 4.56 |
| 6 | The Huntington National Bank | 287,786.12 | 0.00 | 10,484.67 |
| 7 | GE Money Bank | 2,242.47 | 0.00 | 81.70 |

Total to be paid for timely general unsecured claims: $ 11,837.05

Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

Prepared By:  /s/JAMES E. STEVENS

Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 11-80636-MB
Kevin L Hunter                                                  Chapter 7
Bonnie M Hunter
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3        User: cbachman        Page 1 of 1        Date Rcvd: Jul 27, 2011
                           Form ID: pdf006        Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2011.
db/jdb      Kevin L Hunter,   Bonnie M Hunter,   2606 South Lane Road,   Cary, IL  60013
aty        +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis,   2045 Aberdeen Court,
             Sycamore, IL 60178-3140
tr         +James E Stevens,   Barrick, Switzer, Long, Balsley & Van Ev,   6833 Stalter Drive,
             Rockford, IL 61108-2579
16837759   +Axis Capital,   308 N. Locust Street,   Grand Island, NE 68801-5969
16837761   ++CHRYSLER FINANCIAL,   27777 INKSTER RD,   FARMINGTON HILLS MI 48334-5326
             (address filed with court: Chrysler Financial,   PO Box 9223,   Farmington, MI 48333-9223)
16837760    Chase,   Cardmember Service,   P.O. Box 15153,   Wilmington, DE 19886-5153
17198573    Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
16899475   +Chrysler Financial Services Americas LLC,   % Riezman Berger PC,   7700 Bonhomme Ave  7th Flr,
             St Louis, MO 63105-1960
16837762   +Motorola Employee Credit Union,   1205 E. Algonquin Rd.,   Schaumburg, IL 60196-1065
16837764    PNC Mortgage,   PO Box 533510,   Atlanta, GA 30353-3510
17337097   +PYOD LLC its successors and assigns as assignee of,   Citibank, NA, NA,
             c/o Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
16837763   +Phyllis Wallington,   209 E. Forest St.,   Marengo, IL 60152-3333
16837765    Premium Assignment Corp,   PO Box 3100,   Tallahassee, FL 32315-3100
16837767    The Huntington National Bank,   PO BOx 182232,   NC1W32,   Columbus, OH 43218-2232
17384626   +The Huntington National Bank,   Don Prorok,   2361 Morse Road, NC3W33,   Columbus, OH 43229-5856
16837768    Wolf Builders Corporation,   610 N. Rte 31, Suite A,   Crystal Lake, IL 60012
16851067    Wolf Builders Corporation,   610 No. Rte 31  Ste A,   Crystal Lake, Il 60012

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17447566    E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2011 01:24:16      GE Money Bank,
             c/o Recovery Management Systems Corporat,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
16837766    E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2011 01:24:16      Sam's Club/Discover,
             PO Box 960013,   Orlando, FL 32896-0013
                                                                            TOTAL: 2


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*       +James E Stevens,   Barrick, Switzer, Long, Balsley & Van Ev,   6833 Stalter Drive,
             Rockford, IL 61108-2579
aty*       +James E Stevens,   Barrick, Switzer, Long, Balsley & Van Ev,   6833 Stalter Drive,
             Rockford, Il 61108-2579
16837769*   Wolf Builders Corporation,   610 N. Rte 31, Suite A,   Crystal Lake, IL 60012
                                                                   TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 29, 2011**          **Signature:**  _Joseph Speetjens_