**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: HUNTER, KEVIN L | § Case No. 11-80636 |
| HUNTER, BONNIE M | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $315,186.00          Assets Exempt: $115,570.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $11,837.26     Claims Discharged
                                                Without Payment: $841,620.08

Total Expenses of Administration: $3,163.01

---

3) Total gross receipts of $ 15,000.27 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $15,000.27 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $182,738.25 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,163.01 | 3,163.01 | 3,163.01 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 871,251.10 | 324,906.48 | 324,906.48 | 11,837.26 |
| **TOTAL DISBURSEMENTS** | $1,053,989.35 | $328,069.49 | $328,069.49 | $15,000.27 |

    4)  This case was originally filed under Chapter 7 on February 18, 2011. The case was pending for 8 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/27/2011            By:  /s/JAMES E. STEVENS
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 203 shares Motorola stock | 1129-000 | 4,539.00 |
| 177 shares Motorola stock | 1129-000 | 2,619.00 |
| 2005 Chrysler Town & Country 80,000 miles | 1129-000 | 2,000.00 |
| 2003 Chevrolet S10 75,000 miles | 1129-000 | 3,242.00 |
| 1998 Pontiac Grand Prix 165,000 miles | 1129-000 | 1,600.00 |
| 2003 Suzuki Intruder | 1129-000 | 1,000.00 |
| Interest Income | 1270-000 | 0.27 |
| **TOTAL GROSS RECEIPTS** | | **$15,000.27** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Chrysler Financial | 4110-000 | 7,994.69 | N/A | N/A | 0.00 |
| NOTFILED | PNC Mortgage | 4110-000 | 174,743.56 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$182,738.25** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 2,250.01 | 2,250.01 | 2,250.01 |
| Barrick, Switzer, Long, Balsley & Van Evera, LLP | 3110-000 | N/A | 913.00 | 913.00 | 913.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 3,163.01 | 3,163.01 | 3,163.01 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Axis Capital | 7100-000 | 1,914.71 | 1,690.51 | 1,690.51 | 61.59 |
| 2 | Motorola Employee Credit Union | 7100-000 | 23,572.00 | 21,595.38 | 21,595.38 | 786.78 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 11,055.02 | 10,927.27 | 10,927.27 | 398.11 |
| 4 | Chase Bank USA, N.A. | 7100-000 | N/A | 539.58 | 539.58 | 19.66 |
| 5 | PYOD LLC as assignee of Citibank | 7100-000 | N/A | 125.15 | 125.15 | 4.56 |
| 6 | The Huntington National Bank | 7100-000 | 304,000.00 | 287,786.12 | 287,786.12 | 10,484.86 |
| 7 | GE Money Bank | 7100-000 | 2,158.51 | 2,242.47 | 2,242.47 | 81.70 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---:|
| NOTFILED | Phyllis Wallington | 7100-000 | 350,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Premium Assignment Corp | 7100-000 | 876.36 | N/A | N/A | 0.00 |
| NOTFILED | Wolf Builders Corporation | 7100-000 | 177,674.50 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 871,251.10 | 324,906.48 | 324,906.48 | 11,837.26 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-80636  
**Case Name:** HUNTER, KEVIN L  
  HUNTER, BONNIE M  
**Period Ending:** 10/27/11  

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 02/18/11 (f)  
**§341(a) Meeting Date:** 03/24/11  
**Claims Bar Date:** 07/05/11  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property)<br>Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Location: 2606 South Lane Road, Cary<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 170,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account TCF Bank<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 3 | Savings account TCF Bank<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 354.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking account TCF Bank<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 300.00 | 0.00 | DA | 0.00 | FA |
| 5 | Savings account Motorola Employee Credit Union<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 400.00 | 0.00 | DA | 0.00 | FA |
| 6 | Checking account Motorola Employee Credit Union<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 70.00 | 0.00 | DA | 0.00 | FA |
| 7 | Used - household goods, etc.<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 8 | Used - clothing<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 9 | Life insurance Beneficiary - Husband<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 3,748.00 | 3,748.00 | DA | 0.00 | FA |
| 10 | 401(k)<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 18,830.00 | 0.00 | DA | 0.00 | FA |
| 11 | Retirement account<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 5,700.00 | 0.00 | DA | 0.00 | FA |
| 12 | Traditional IRA | 19,394.00 | 0.00 | DA | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-80636  
**Case Name:** HUNTER, KEVIN L  
                HUNTER, BONNIE M  
**Period Ending:** 10/27/11

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 02/18/11 (f)  
**§341(a) Meeting Date:** 03/24/11  
**Claims Bar Date:** 07/05/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
|     Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13   401(k) <br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 58,346.00 | 0.00 | DA | 0.00 | FA |
| 14   203 shares Motorola stock <br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 7,815.00 | 4,539.00 | DA | 4,539.00 | FA |
| 15   177 shares Motorola stock <br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 5,619.00 | 2,619.00 | DA | 2,619.00 | FA |
| 16   Hunterz, Inc. <br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 17   2007 Jeep Compass 50,000 miles <br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 12,410.00 | 0.00 | DA | 0.00 | FA |
| 18   2005 Chrysler Town & Country 80,000 miles <br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 4,000.00 | 4,000.00 | DA | 2,000.00 | FA |
| 19   2003 Chevrolet S10 75,000 miles <br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 4,500.00 | 4,500.00 | DA | 3,242.00 | FA |
| 20   1998 Pontiac Grand Prix 165,000 miles <br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 1,600.00 | 1,600.00 | DA | 1,600.00 | FA |
| 21   2003 Suzuki Intruder <br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 1,000.00 | DA | 1,000.00 | FA |
| Int   INTEREST (u) | Unknown | N/A | | 0.27 | FA |
| **22 Assets Totals** (Excluding unknown values) | **$315,186.00** | **$22,006.00** | | **$15,000.27** | **$0.00** |

Exhibit 8

# Form 1

Page: 3

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-80636  
**Case Name:** HUNTER, KEVIN L  
HUNTER, BONNIE M  
**Period Ending:** 10/27/11

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 02/18/11 (f)  
**§341(a) Meeting Date:** 03/24/11  
**Claims Bar Date:** 07/05/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**  August 3, 2011      **Current Projected Date Of Final Report (TFR):**  July 20, 2011  (Actual)

Printed: 10/27/2011 03:02 PM    V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 11-80636 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | HUNTER, KEVIN L | | Bank Name: | The Bank of New York Mellon |
| | HUNTER, BONNIE M | | Account: | 9200-******03-65 - Money Market Account |
| Taxpayer ID #: | **-***6166 | | Blanket Bond: | $372,000.00   (per case limit) |
| Period Ending: | 10/27/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 06/13/11 | | Bonnie M. Hunter | payment for non-exempt assets of bankruptcy estate | | 15,000.00 | | 15,000.00 |
| | {14} | | 4,539.00 | 1129-000 | | | 15,000.00 |
| | {15} | | 2,619.00 | 1129-000 | | | 15,000.00 |
| | {21} | | 1,000.00 | 1129-000 | | | 15,000.00 |
| | {20} | | 1,600.00 | 1129-000 | | | 15,000.00 |
| | {18} | | 2,000.00 | 1129-000 | | | 15,000.00 |
| | {19} | | 3,242.00 | 1129-000 | | | 15,000.00 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 15,000.06 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 15,000.18 |
| 08/25/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.09 | | 15,000.27 |
| 08/25/11 | | To Account #9200******0366 | transfer to close money market | 9999-000 | | 15,000.27 | 0.00 |
| | | | ACCOUNT TOTALS | | 15,000.27 | 15,000.27 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 15,000.27 | |
| | | | Subtotal | | 15,000.27 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $15,000.27 | $0.00 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 11-80636 | **Trustee:** | JAMES E. STEVENS (330420) | |
| **Case Name:** | HUNTER, KEVIN L | **Bank Name:** | The Bank of New York Mellon | |
| | HUNTER, BONNIE M | **Account:** | 9200-******03-66 - Checking Account | |
| **Taxpayer ID #:** | **-***6166 | **Blanket Bond:** | $372,000.00   (per case limit) | |
| **Period Ending:** | 10/27/11 | **Separate Bond:** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/25/11 | | From Account #9200******0365 | transfer to close money market | 9999-000 | 15,000.27 | | 15,000.27 |
| 08/31/11 | 101 | Barrick, Switzer, Long, Balsley & Van Evera, LLP | Dividend paid 100.00% on $913.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 913.00 | 14,087.27 |
| 08/31/11 | 102 | JAMES E. STEVENS | Dividend paid 100.00% on $2,250.01, Trustee Compensation;  Reference: | 2100-000 | | 2,250.01 | 11,837.26 |
| 08/31/11 | 103 | Axis Capital | Dividend paid   3.64% on $1,690.51; Claim# 1; Filed: $1,690.51; Reference: | 7100-000 | | 61.59 | 11,775.67 |
| 08/31/11 | 104 | Motorola Employee Credit Union | Dividend paid   3.64% on $21,595.38; Claim# 2; Filed: $21,595.38; Reference: | 7100-000 | | 786.78 | 10,988.89 |
| 08/31/11 | 105 | The Huntington National Bank | Dividend paid   3.64% on $287,786.12; Claim# 6; Filed: $287,786.12; Reference: | 7100-000 | | 10,484.86 | 504.03 |
| 08/31/11 | 106 | GE Money Bank | Dividend paid   3.64% on $2,242.47; Claim# 7; Filed: $2,242.47; Reference: | 7100-000 | | 81.70 | 422.33 |
| 08/31/11 | 107 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7100-000 | | 4.56 | 417.77 |
| 08/31/11 | 108 | Chase Bank USA, N.A. | Combined Check for Claims#3,4 | | | 417.77 | 0.00 |
| | | | Dividend paid   3.64% on       398.11 $10,927.27;  Claim# 3; Filed: $10,927.27 | 7100-000 | | | 0.00 |
| | | | Dividend paid   3.64% on       19.66 $539.58;  Claim# 4; Filed: $539.58 | 7100-000 | | | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 15,000.27 | 15,000.27 | $0.00 |
| Less: Bank Transfers | 15,000.27 | 0.00 | |
| **Subtotal** | 0.00 | 15,000.27 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$15,000.27** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******03-65** | 15,000.27 | 0.00 | 0.00 |
| **Checking # 9200-******03-66** | 0.00 | 15,000.27 | 0.00 |
| | $15,000.27 | $15,000.27 | $0.00 |

{} Asset reference(s)    Printed: 10/27/2011 03:02 PM    V.12.57